AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 9:20 am, Sep 24, 2020

SANTIAGO TERAN,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV220-66

LINDA GETER,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 9/22/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is DISMISSED without prejudice, Respondent's Motion to Dismiss is DENIED as moot, and in forma pauperis status on appeal is DENIED. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF GEORGIA

Date September 23, 2020

John E. Triplett, Acting Clerk
Clerk

_Candy Asbell_
(By) Deputy Clerk



GAS Rev 10/2020